UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| 1st SOURCE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-CV-39-RLM |
| | ) | |
| MARQUISE HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROOF OF SERVICE OF PROCESS**

Plaintiff 1st Source Bank., provides the following proof that service of the Complaint and

Summons was made on Defendant Marquise Holdings, Inc., on January 28, 2008.  Consistent with

Federal Rule of Civil Procedure 4(h) and (l), attached as Exhibit 1 is an Affidavit of Service.

Respectfully submitted:

/s/ Patrick D. Murphy
Patrick D. Murphy (14312-49)
Boveri Murphy Rice, LLP
400 Plaza Building
210 South Michigan Street
South Bend, IN  46601
574-232-0300
574-232-0400 (fax)
pmurphy@bmrllp.com

*Attorneys for Plaintiff 1st Source Bank*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on March 3, 2008, by United States Mail, postage prepaid and properly addressed to: Marquise Holdings, Inc., c/o its Registered Agent, State Agent and Transfer Syndicate, Inc., 112 N. Curry Street, Carson City, NV 89703.

/s/ Patrick D. Murphy
Patrick D. Murphy (14312-49)