UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| 1st SOURCE BANK, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) CAUSE NO. 3:08-CV-39 RM |
| MARQUISE HOLDINGS, INC., | ) ) |
| Defendant | ) |

ORDER

Peter Belli, the president of Marquise Holdings, Inc., filed a *pro se* motion under Fed. R. Civ. P. 55 and 60(b)(6) to set aside and vacate the default judgment entered against defendant Marquise Holdings on July 25, 2008. Mr. Belli is neither a party to this litigation nor an attorney licensed to practice in the Northern District, and cannot represent the corporation in this matter. United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008) ("[a] corporation is not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court"). Accordingly, the motion to set aside and vacate the default judgment [Doc. No. 10] is STRICKEN.

SO ORDERED.

ENTERED:    September 21, 2010

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana